UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 418-053 |
| ) | |
| v. ) | |
| ) | |
| CORY SANCHEZ ) | |

## ORDER FOR DISMISSAL

The motion of the government for an order dismissing, without prejudice, the information against CORY SANCHEZ is GRANTED. The information is hereby dismissed without prejudice.

So ORDERED, this 13th day of December, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA